## IN THE MATTER OF VALERIE D. BELMONT.
### (SUPREME COURT DISCIPLINARY No. 668)
#### (386 SE2d 660)

PER CURIAM.

Respondent Valerie D. Belmont was found guilty of violating Standards 22, 23, 44, and 68 of Rule 4-102 of the State Bar Rules.

Based upon these violations, the Review Panel of the State Bar Disciplinary Board recommends that respondent, Valerie D. Belmont, be disbarred from the practice of law in the State of Georgia.

It is therefore directed that Valerie D. Belmont be disbarred from the practice of law in the State of Georgia.

*All the Justices concur.*

DECIDED OCTOBER 19, 1989.

*William P. Smith III, General Counsel State Bar, Paula J. Frederick, Assistant General Counsel State Bar,* for State Bar of

Georgia.